UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Katarzyna Bryskiewicz, | CIVIL ACTION NO: 3:13-cv-00724 |
| Plaintiff, | |
| v. | |
| Kuchnia Helenki, LLC and Hanna Lobodzinski, | May 20, 2013 |
| Defendants. | |

## COMPLAINT

### I. INTRODUCTION

1. This is an action brought by the plaintiff, Katarzyna Bryskiewicz, against the defendants, Kuchnia Helenki, LLC and Hanna Lobodzinski, arising from the defendants' failure to lawfully pay the plaintiff wages for her work. The plaintiff alleges violations of the overtime wage provisions of the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.*, and the minimum wage, overtime and wage payment provisions of Connecticut General Statutes, §31-58 *et seq*. The plaintiff seeks unpaid wages, liquidated damages pursuant to the FLSA and double damages pursuant to Connecticut law, and her reasonable attorney's fees and costs.

### II. JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. §1331. With respect to the state law claims, this Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367 in that the state law claims are so related to the federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

3. Venue is appropriate in the District of Connecticut pursuant to 28 U.S.C. §1391(b), because a substantial part of the events giving rise to this claim occurred within this judicial district.

### III. THE PARTIES

4. The plaintiff is Katarzyna Bryskiewicz, a resident of Poland.  At all times relevant to this Complaint the plaintiff was an employee of the defendants as that term is defined by the federal Fair Labor Standards Act, 29 U.S.C. §203(e)(1), and by Connecticut General Statutes §31-58(f) and 31-71a(2).

5. At all times relevant to this Complaint, the plaintiff was an employee engaged in commerce, and/or was an employee in an enterprise engaged in commerce within the meaning of 29 U.S.C. §206(a) and 207(a)(1).

6. Defendant Kuchnia Helenki, LLC operates a restaurant called Kuchnia Helenki and has a place of business at 100 Broad Street, New Britain, Connecticut.

7. On information and belief, defendant Hanna Lobodzinski ("Lobodzinski") is the owner and manager of defendant Kuchnia Helenki, LLC.  Defendant Hanna Lobodzinski resides at 105 Masthay Circle, Southington, Connecticut.

8. At all times relevant to the Complaint, Lobodzinski made all relevant decisions regarding the plaintiff's wages and working conditions.

9. At all times relevant to the Complaint, the defendants were employers as that term is defined by the federal Fair Labor Standards Act, 29 U.S.C. §203(d), and by Connecticut General Statutes §31-58(e) and 31-71a(1).

### IV. STATEMENT OF FACTS

10. The plaintiff was employed by the defendants as a restaurant worker from

May 19, 2012 until September 21, 2012.

11.   The plaintiff worked as a cook throughout her employment by the defendants.

12.   During the plaintiff's employment, the defendants did not post and keep posted a notice explaining the Fair Labor Standards Act, as prescribed by the U.S. Department of Labor, Wage and Hour Division, in a conspicuous place in their establishment such as would permit the plaintiff or other employees to observe readily a copy, as required by 29 C.F.R. §516.4.

13.   During the plaintiff's employment, the defendants did not post and keep posted the minimum wage and overtime regulations issued by the Labor Commissioner of the State of Connecticut at the place of employment where it could be read easily by its employees, as required by Connecticut General Statutes §31-66.

14.   During the plaintiff's employment, the defendants did not furnish to the plaintiff in writing a record of hours worked, the gross earnings showing straight time and overtime as separate entries, itemized deductions and net earnings, as required by Connecticut General Statutes §31-13a.

15.   The plaintiff regularly worked from 9:00am until 7:00pm, Monday through Friday, and from 9:00am until 4:00pm on Saturdays, with Sundays off.

16.   The plaintiff was not given a meal period of at least thirty consecutive minutes.

17.   When the defendants hired the plaintiff, they promised to pay her at the rate of $400 per week.

18.   During the plaintiff's employment, Lobodzinski sporadically paid the plaintiff

$100 in cash.

19. Lobodzinski terminated the plaintiff's employment on September 21, 2012.

20. As of the last day of the plaintiff's employment, the defendants had only paid the plaintiff $1,000 for her work.

21. At all times relevant to this Complaint, the minimum hourly wage in Connecticut was $8.25.

22. The plaintiff estimates that she earned $9,726.75 at Connecticut minimum wage and overtime rates.

23. On or around September 27, 2012, Lobodzinski made a one-time payment of $2,000 in cash to the plaintiff.

24. The plaintiff repeatedly called Lobodzinski for the additional unpaid wages and Lobodzinski repeatedly refused.

25. The plaintiff also appealed to Lobodzinski's daughter, Beata Chojnacka, who is registered with the Connecticut Secretary of State as the sole member of defendant Kuchnia Helenki, LLC.  Chojnacka responded that she could not do anything because Lobodzinski is the actual "director" of the restaurant.

## V. COUNT ONE: FLSA AND CONNECTICUT OVERTIME VIOLATIONS

1. Plaintiff restates, re-alleges and incorporates by reference paragraphs 1 through 25, above.

26. The defendants' failure to pay overtime wages as required by federal law was willful, inasmuch as the defendants were aware or reasonably should have been aware of their obligation to pay the plaintiff consistent with the federal minimum wage and did not do so.

27. The defendants' failure to pay overtime wages as required by Connecticut law was willful, arbitrary, and/or in bad faith, inasmuch as the defendants were aware or reasonably should have been aware of their obligation to pay the plaintiff consistent with the Connecticut minimum wage and refused to do so.

### VI.     COUNT TWO: CONNECTICUT MINIMUM WAGE VIOLATIONS

1. The plaintiff restates, re-alleges and incorporates by reference paragraphs 1 through 27, above.

28. As described above, over the course of the plaintiff's employment, the defendants regularly failed to compensate her for her work by paying her at least the applicable Connecticut minimum wage for each hour worked.

29. The defendants' failure to pay at least the applicable minimum hourly wage as required by Connecticut law was willful, arbitrary, and/or in bad faith, inasmuch as the defendants were aware or reasonably should have been aware of their obligation to pay the plaintiff consistent with the Connecticut minimum wage and refused to do so.

### VII.    COUNT THREE: CONN.GEN.STAT. §31-72 CLAIM FOR UNPAID WAGES

1. The plaintiff restates, re-alleges and incorporates by reference paragraphs 1 through 29, above.

30. The defendants failed to pay the plaintiff all of the wages that were owed as required by Conn.Gen.Stat. §31-71b through 31-71e.

31. The plaintiff brings this action pursuant to Conn.Gen.Stat. §31-72, seeking payment of the wages that she is owed.

32. The defendants' failure to pay wages as required by Connecticut law was willful, arbitrary, and/or in bad faith, inasmuch as the defendants were aware or

reasonably should have been aware of their obligation to pay the plaintiff and refused to do so.

## **PRAYER FOR RELIEF**

**WHEREFORE**, the plaintiff respectfully requests that this Court:

1. Order the defendants to pay to the plaintiff all wages owed, consistent with the Fair Labor Standards Act and Connecticut minimum wage, overtime wage, and wage payment laws;

2. Award the plaintiff liquidated damages for all overtime wages owed pursuant to 29 U.S.C. §216(b);

3. Award the plaintiff double damages for all minimum wages and overtime wages owed pursuant to Conn.Gen.Stat. §31-72;

4. Award the plaintiff her reasonable attorney's fees and costs; and

5. Award the plaintiff such other legal and equitable relief that the Court deems appropriate.


RESPECTFULLY SUBMITTED
THE PLAINTIFF, by

_____/ s / _____
Mariusz Kurzyna ct28940
The Law Office of Mariusz Kurzyna
130 West Main Street, P.O. Box 3104
New Britain, Connecticut 06050
Tel. 860-357-6070
Fax 860-606-9560
mariusz@kurzynalaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 20, 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                             _____/ s /_____
                                             Mariusz Kurzyna