UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------ x
KATARZYNA BRYSKIEWICZ,

        Plaintiff,                    Civil No. 3:13-cv-00724(AWT)

v.

KUCHNIA HELENKI, LLC, and
HANNA LOBODZINSKI,

        Defendants.
------------------------------ x
```

### ORDER OF DISMISSAL

Defendant Hanna Lobodzinski has filed a voluntary Chapter 7 bankruptcy petition, and therefore proceedings against that defendant are subject to the automatic stay pursuant to § 362 of the Bankruptcy Code.  Default judgment was entered against defendant Kuchnia Heleki, LLC on December 3, 2013.

Accordingly, in view of the current status of this case, the case is hereby DISMISSED as to defendant Lobodzinski without prejudice to its pursuit in bankruptcy court and without prejudice to reopening of this case upon motion.

      It is so ordered.

      Dated this 28th day of November 2016, at Hartford, Connecticut.

                                        /s/
                              Alvin W. Thompson
                      United States District Judge